IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:19-CR-374 (RDM) |
| | : | |
| STEVAN HILL, et al | : | |
| | : | |
| Defendant. | : | |

**STEVAN HILL'S MOTION TO DISMISS COUNTS 17, 27 AND 41 FOR LACK OF VENUE AND TO ADOPT CO-DEFENDANT RANI EL-SAADI'S MOTION TO DISMISS COUNT 18 OF THE INDICTMENT FOR LACK OF VENUE**

Mr. Stevan Hill, by counsel, hereby moves to dismiss Counts 17, 27 and 41 of the Indictment and to Adopt the Motion filed by co-defendant Rani El-Saadi to Dismiss Count 18 of the Indictment for Lack of Venue.

In support thereof Mr. Hill has filed an accompanying Memorandum of Law.

A proposed order is also attached.

WHEREFORE, Mr. Hill requests that the instant Motion be GRANTED.

**STEVAN HILL**
**By Counsel**

_____/s/_____
Edward B. MacMahon, Jr. (DCB # 411165)
Edward B, MacMahon, Jr., PLC
107 East Washington Street
P. O. Box 25
Middleburg, Virginia 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
*Counsel for Stevan Hill*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record

                                                 /s/
                                      Edward B. MacMahon, Jr. (VSB # 411165)
                                      Edward B. MacMahon, Jr., PLC
                                      107 East Washington Street
                                      P. O. Box 25
                                      Middleburg, Virginia 20118
                                      (540) 687-3902
                                      (540) 687-6366 (facsimile)
                                      ebmjr@macmahon-law.com
                                      *Counsel for Stevan Hill*