IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.:  1:19-CR-374 (RDM) |
| | : | |
| STEVAN HILL, et al | : | |
| | : | |
| Defendant. | : | |

## STEVAN HILL'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS COUNTS 17, 27 AND 41 FOR LACK OF VENUE AND TO ADOPT CO-DEFENDANT RANI EL-SAADI'S MOTION TO DISMISS COUNT 18 FOR LACK OF VENUE

Mr. Stevan Hill, by counsel, and for his Memorandum of Law in Support of his Motion to Dismiss Counts 17, 27 and 41 of the Indictment and to Adopt the Motion to Dismiss Count 18 of the Indictment for Lack of Venue filed by co-defendant Rani El-Saadi, states as follows:

1. On November 7, 2019, a grand jury returned a sixty-four-page indictment against defendants Khawaja, Nader, Boulos, Dekermenjian, Hill, Whipple and El-Saadi.  (D.E. 1)  That Indictment contains fifty-three different counts ranging from two distinct conspiracy charges in violation of 18 U.S.C. 371 (Counts 1 and 13), to a series of alleged campaign law violations, false statements, and obstruction of justice in violation of various federal statutes.

2. Mr. Hill was indicted on four of the fifty-three charges including Counts 19, 27 and 41 which allege illegal conduit contributions and aiding and abetting in violation of 52 U.S.C. §§ 30122 and 30109 (d)(1)(A)(i) and 18 U.S.C. § 2.  Count 51 alleges Obstruction of Justice in violation of 18 U.S.C. § 1503 arising from an interview with the FBI in Los Angeles, California in 2019 in which Mr. Hill denied acting as a conduit for Mr. Khawaja's political contributions. (D.E. 1, ¶ 134).

3. On September 25, 2020, defendant Rani el-Saadi filed a Motion to Dismiss Count 18 and to Sever. (D.E. 83) In that Motion and accompanying Memorandum of Law in Support thereof, Mr. el-Saadi argues that he has a constitutional right to be tried in the district where the crime was committed, and that the Indictment failed to allege any facts that would support a finding that Mr. el-Saadi made a contribution to any candidate in the District of Columbia. (D.E. 83-1, pp. 6-9) For purposes of judicial efficiency, Mr. Hill adopts as if restated in full herein all of the constitutional and statutory arguments made therein by Mr. El-Saadi and asks the Court to adopt those arguments on Mr. Hill's behalf.

4. It is respectfully submitted that for the same legal reasons set forth in Mr. el-Saddi's Motion and accompanying Memorandum of Law in Support Thereof, venue in this District is not proper against Mr. Hill as to Counts 19, 27 and 41 as there is no allegation or evidence that Mr. Hill made any political contribution in the District of Columbia. As such, those counts should be dismissed.

STEVAN HILL
By Counsel

\_\_\_\_\_/s/_____
Edward B. MacMahon, Jr. (DCB # 411165)
Edward B, MacMahon, Jr., PLC
107 East Washington Street
P. O. Box 25
Middleburg, Virginia 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
*Counsel for Stevan Hill*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record

                                                /s/
                                    Edward B. MacMahon, Jr. (VSB # 411165)
                                    Edward B. MacMahon, Jr., PLC
                                    107 East Washington Street
                                    P. O. Box 25
                                    Middleburg, Virginia 20118
                                    (540) 687-3902
                                    (540) 687-6366 (facsimile)
                                    ebmjr@macmahon-law.com
                                    *Counsel for Stevan Hill*