IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Criminal No.:  1:19-CR-374 (RDM)
                                  :
STEVAN HILL, et al                :
                                  :
           Defendant.             :

## NOTICE FOR THE SUGGESTION OF DEATH OF COUNSEL

The Clerk of this Court will please be advised Edward B. MacMahon, Jr., Counsel for defendant, Stevan Hill, died on March 12, 2023. *See Edward MacMahon Obituary,* WASHINGTON POST (Mar. 21, 2023) available at

https://wwww.legacy.com/us/obituaries/washingtonpost/name/edward-macmahon-obituary?id+51261374).

I hereby certify that I have contacted defendant, Stevan Hill to advised him of Mr. MacMahon's passing. Mr. Hill advised that he is actively seeking new counsel.

*[signature]*
Paul E. MacMahon
Executor for the Estate of
  Edward B. MacMahon, Jr.
110 East Washington Street
Middleburg, Virginia 20117
540-687-5588
info@sheridanmacmahon.com

RECEIVED
Mail Room
APR - 7 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on April __6__, 2023, I filed this Motion for Suggestion of Death of Counsel using FedEx to the Clerk of Court, who will send notification of such filing to all counsel of record.

*Paul E. MacMahon*
Paul E. MacMahon
Executor for the Estate of
Edward B. MacMahon, Jr.